United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER R. GARCIA, individually and on behalf of all other similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>CHRYSLER GROUP LLC, a Delaware Limited Liability Company, and DOE 1 through and including DOE 100,<br><br>    Defendants.<br>                                            / | No. C 12-00758 SI<br><br>**ORDER RE: PLAINTIFF'S REQUEST TO TRANSFER THIS CASE TO THE DISTRICT OF NEW JERSEY** |

On February 24, 2012, defendant Chrysler Group LLC filed a Notice of Pendency of Related Action in this case; on March 8, 2012, plaintiff filed a "Statement in Support of Defendant Chrysler Group, LLC's Notice of Related Action Pursuant to Civil Local Rule 3-13(c)." *See* Docs. 15, 28. The parties agree that this action is related to *Tatum v. Chrysler Group LLC*, 10-cv-4269-ES-CLW, pending in the District of New Jersey. *See id*. In defendant's Notice of Related Action, defendant suggested that it intends to move to transfer this action to New Jersey only after this Court resolves defendant's two pending motions: its motion to dismiss and its motion to transfer this case to the Bankruptcy Court of the Southern District of New York. *See* Docs. 7, 10. In plaintiff's more recently filed Statement in Support, plaintiff represents that he has met and conferred with defendant, as well as plaintiff's counsel in *Tatum*, and that all parties agree to the transference of this case to the District of New Jersey now.

The parties having shown good cause, the Court intends to transfer this case to the District of

1   New Jersey prior to ruling on any pending motions.  If either party objects to this transfer, it must do
2   so by **Monday, March 19, 2012.**  If the Court receives no objection, the case will be transferred.

**IT IS SO ORDERED.**

Dated: March 14, 2012

_____
SUSAN ILLSTON
United States District Judge